### 20411.   CAPITAL NATIONAL BANK, trustee, *v.* RELIANCE LIFE INSURANCE COMPANY.

BLOODWORTH, J.   1. In the special grounds of the motion for a new trial, all of which (except those assigning error upon the direction of the verdict) are based on alleged errors in admitting evidence, we find no error that requires the grant of a new trial.

2. The evidence introduced, with all reasonable inferences and deductions therefrom, demanded a verdict for the defendant, and the court did not err in so directing.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
>
> DECIDED FEBRUARY 17, 1931.   REHEARING DENIED FEBRUARY 28, 1931.

*Ralph H. Pharr, Dorsey & Shelton, for plaintiff.*
*Howell, Heyman & Bolding, for defendant.*